# Unclaimed Funds Search

The Unclaimed Funds Search allows the public to search this Court's database of bankruptcy-related funds that have been (1) marked for distribution, where the case trustee has been unable to locate the creditor or other party entitled to the funds; or (2) distributed by the trustee, but not negotiated by the creditor or other party entitled to the funds.

NOTE: When searching by Creditor or Case Name, the search will go through the entire string, so a search of "ONE" will return: AKRON TELEPHONE, BANK ONE, FRED JONES, etc.

Creditor / Claimant: [ ]

Case Number: [ ] (example: 00-00000)

Case Name / Debtor Name: [ROBERT L MOR]

Amount: [is greater than or equal to] [ ]

Date Received: [is after] [ ] (format: mm/dd/yyyy)

Date Paid: [is after] [ ] (format: mm/dd/yyyy)

● Show Both Paid and Unpaid Records
○ Show Unpaid Records Only
○ Show Paid Records Only

[Clear] [Search]

| Case Number | Date Received | Receipt Number | Creditor / Claimant | Case Name / Debtor Name | Amount | Paid? | Date Paid |
|---|---|---|---|---|---|---|---|
| 11-20491 | 01/20/2015 | 31027712 | ROBERT MORRISON | ROBERT L MORRISON | 2,307.71 | No | |

**How to Claim Unclaimed Funds**     **Fillable Petition and Exhibit**

Pursuant to federal law (18 U.S.C. § 152) a fine or imprisonment, or both, may be imposed on anyone who has knowingly and fraudulently made any false statements with respect to unclaimed funds.

**OFFICE OF THE CHAPTER 13 TRUSTEE**
**CRAIG SHOPNECK, TRUSTEE**
For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio – Eastern Division (Cleveland)

200 Public Square, Suite 3860
Cleveland, OH 44114-2321
Tel: (216) 621-4268  Fax: (216) 621-4806

January 16, 2015

United States Bankruptcy Court
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Avenue
Cleveland OH 44114

Re: Robert L Morrison
    Chapter 13 Case No. 11-20491-H
    Court Claim No. 999

## TRANSMITTAL OF UNCLAIMED FUNDS

Craig Shopneck, Standing Chapter 13 Trustee, reports the following:

1. The Trustee's Office made the following disbursement; however, either the disbursement has been returned by the U.S. Post Office, or a stop payment has been issued by the Trustee's Office due to the payee's failure to negotiate the check:

   | | | |
   |---|---|---|
   | Morrison, Robert<br>P.O. Box 868<br>Amherst OH 44001 | Original Check No. 1583654 | $2,307.71 |

2. Because the above captioned case has been completed, we are hereby enclosing a check in the amount of $2,307.71 payable to the Clerk of the United States Bankruptcy Court for deposit into the Court's depository account.

Please contact me at extension 125 if you have any questions regarding the remittance.

Debbie Plaga
Claims and Internal Operations Manager

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

RE: Robert L. Morrison

Debtor(s)

Case: 11-20491-H

**AUTHORITY TO ACT**
Limited Power of Attorney
LIMITED TO ONE TRANSACTION

USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Robert L. Morrison** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,307.71** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____     2-10-15, 20 15
Robert L. Morrison                  Date

Tax ID: XXX-XX-0082

ACKNOWLEDGMENT

STATE OF Florida )     COUNTY OF Lee )

On this 10 day of February, 2015, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Robert L. Morrison known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC Sandra Stewart
Residing at 10676 Colonial Blvd. Ft. Myers, FL 33913
My Commission expires 5/15/18

SANDRA STEWART
MY COMMISSION # FF 123793
EXPIRES: May 15, 2018
Bonded Thru Budget Notary Services